**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEVEN LEROY KISSIRE** **PLAINTIFF**
**ADC #097960**

**v.** **Case No. 4:26-cv-00813-LPR-PSH**

**GRAY, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 5). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that Plaintiff may proceed, for now, with his Eighth Amendment excessive force claim against Defendant Wade in his individual capacity. Plaintiff's official-capacity claim against Defendant Wade is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Plaintiff's claims against Officer Gray are DISMISSED without prejudice as improperly joined. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE